PATRICK H. HICKS, ESQ., Bar # 004632
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: kblakey@littler.com

Attorneys for Defendants
PETER LIK USA, INC. & PETER LIK RETAIL USA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE GUZMAN, an Individual, | Case No. 2:16-cv-02419-GMN-VCF |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| PETER LIK USA, INC. a domestic corporation; PETER LIK RETAIL USA, INC., a domestic corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive, | |
| Defendants. | |

Plaintiff, JORGE GUZMAN and Defendants, PETER LIK USA, INC. & PETER LIK RETAIL USA, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 3, 2017

Respectfully submitted,                                                Respectfully submitted,


/s/ Christian Gabroy, Esq.                                              /s/ Kathryn B. Blakey, Esq.
CHRISTIAN GABROY, ESQ.                                        PATRICK H. HICKS, ESQ.
GABROY LAW OFFICES                                               KATHRYN B. BLAKEY, ESQ.
                                                                                      LITTLER MENDELSON, P.C.

Attorney for Plaintiff                                                       Attorneys for Defendants
JORGE GUZMAN                                                          PETER LIK USA, INC. & PETER LIK RETAIL USA, INC.


**IT IS SO ORDERED.**

Dated this __6__ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.